EDWARD C. DIAMOND, Respondent, v. STAR AND STRAND TAXI, INCORPORATED, et al., Appellants. ELIZABETH L. HYDORN et al., Respondents-Appellants, v. STAR AND STRAND TAXI, INCORPORATED, et al., Appellants-Respondents. JOHN McDONALD, Respondent-Appellant, v. EDWARD C. DIAMOND, Respondent-Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.